1

2

3

4

5

6

7

8

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

MANUEL SAMPERIO,                         )        1:10-CV-01528 LJO SMS HC
13                                       )
                      Petitioner,        )
14                                       )        ORDER REQUIRING PETITIONER TO
         v.                              )        SUBMIT SIGNED DECLARATION
15                                       )
M. MARTEL, Warden,                       )
16                                       )
                      Respondent.        )
17  _____ )

18

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
19
pursuant to 28 U.S.C. § 2254.
20
        Upon a close examination of the petition submitted to the Court, the Court has discovered
21
that the petition does not contain an original signature.  Local Rule 131 requires a document
22
submitted to the Court for filing to include an original signature.  In addition, Rule 2 of the Rules
23
Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under
24
penalty of perjury by the petitioner."
25
        In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner
26
is ORDERED to submit a document stating that he submitted the instant petition to the Court and
27
sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is
28

U.S. District Court

E. D. California          cd                           1

1  GRANTED twenty (20) days from the date of service of this order to comply with the Court's

2  directive.

3        Petitioner is forewarned that failure to comply with a Court order will result in dismissal of

4  the petition pursuant to Local Rule 110.

5

6

7

8  IT IS SO ORDERED.

9  **Dated:    September 24, 2010**                    /s/ **Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California        cd                                    2