# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SAMPERIO,           )<br>                                         )<br>              Petitioner,        )<br>                                         )<br>       v.                              )<br>                                         )<br>M. MARTEL, Warden,        )<br>                                         )<br>              Respondent.    )<br>_____) | 1:10-CV-01528 LJO SMS HC<br><br>ORDER DISCHARGING ORDER<br>REQUIRING PETITIONER TO SUBMIT<br>SIGNED DECLARATION |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Following a preliminary review of the petition, on September 27, 2010, the Court determined that it appeared Petitioner had failed to sign the petition under penalty of perjury; therefore, the Court ordered Petitioner to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury. On October 12, 2010, Petitioner filed a response stating he had indeed signed his documents under penalty of perjury using a mark that represented his signature. Good cause having been presented, and good cause appearing therefor, the order requiring Petitioner to submit a signed declaration is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   October 19, 2010                              /s/ Sandra M. Snyder
                                                                                                   UNITED STATES MAGISTRATE JUDGE