UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SAMPERIO,  )  <br>  ) <br> Petitioner,  ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> M. MARTEL, Warden,  ) <br>  ) <br> Respondent.  ) <br> _____ ) | 1:10-CV-01528 LJO SMS HC <br><br> ORDER DIRECTING RESPONDENT TO PROVIDE DOCUMENTS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 7, 2010, Respondent filed a motion to dismiss the petition. Petitioner filed an opposition to the motion, and Respondent filed a reply to Petitioner's opposition. In his reply, Respondent references several documents, i.e, "Lod. Doc. 10, Lod. Doc. 11, Lod. Doc. 12, Lod. Doc. 13"; however, Respondent did not lodge the referenced documents that this Court is aware. The referenced documents are necessary to render a decision in this matter.

Accordingly, Respondent is DIRECTED to submit copies of the referenced documents within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    February 16, 2011**              /s/ Sandra M. Snyder
                                                                     UNITED STATES MAGISTRATE JUDGE